# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CURT MCLELLAN,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:16-cv-03038-JCM-CWH

**ORDER**

Respondents having filed a motion for enlargement of time (first request) (ECF No. 4), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 4) is **GRANTED**. Respondents will have through September 8, 2017, to file and serve a response to the petition for a writ of habeas corpus.

DATED: July 13, 2017.

                                                                   _____
                                                                     JAMES C. MAHAN
                                                                     United States District Judge