# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CURT MCLELLAN,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:16-cv-03038-JCM-CWH

**ORDER**

Petitioner has filed a motion for enlargement of time (first request) (ECF No. 10), and respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 12). The court grants both motions.

IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 10) is **GRANTED**.

IT IS FURTHER ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 12) is **GRANTED**. Respondents will have through January 26, 2018, to file and serve a reply to petitioner's opposition to respondents' motion to dismiss (ECF No. 11).

DATED: December 29, 2017.

                                  JAMES C. MAHAN
                                  United States District Judge